NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5165

PETER J. LOCKE and
JEANNE LOCKE,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Jeffrey D. Moffatt, Law Offices of Jeffrey D. Moffatt, of Lancaster, California, argued for plaintiffs-appellants.

Kathleen E. Lyon, Attorney, Appellate Section, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Nathan J. Hochman, Assistant Attorney General, and Bruce R. Ellisen, Attorney.

Appealed from: United States Court of Federal Claims

Judge Christine O.C. Miller

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5165

PETER J. LOCKE and
JEANNE LOCKE,

Plantiffs-Appellants,

v.

UNITED STATES,

Defendant–Appellee.

# Judgment

ON APPEAL from the  United States Court of Federal Claims

in CASE NO(S).  06-CV-0629

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, SCHALL, and DYK, <u>Circuit Judges</u>).

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>November 25, 2008</u>  <u>/s/ Jan Horbaly</u>
Jan Horbaly, Clerk